```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   CYNTHIA M. FREY (CABN 150571)
5  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-Mail: Cynthia.Frey@usdoj.gov
8
   Attorneys for the United States of America
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-0689 JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME BETWEEN |
| | ) | AUGUST 6, 2009 AND SEPTEMBER 10, |
| VINCENT MICHAEL RECENDEZ, | ) | 2009 FROM CALCULATIONS UNDER |
| | ) | THE SPEEDY TRIAL ACT (18 U.S.C. § |
| | ) | 3161) |
| | ) | |
| Defendant. | ) | |

The defendant, Vincent Michael Recendez, represented by Camellia Baray, and the government, represented by Cynthia M. Frey, Assistant United States Attorney, appeared before the Honorable Jeffrey S. White on August 6, 2009 for an initial appearance. The case was set for a further status/trial setting on September 10, 2009.

The parties requested that time be excluded under the Speedy Trial Act between August 6, 2009 and September 10, 2009 for purposes of continuity of and effective preparation

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR No. 09-0689 JSW

of counsel, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 21, 2009        /s/
                              CYNTHIA M. FREY
                              Assistant United States Attorney

DATED: August 21, 2009        /s/
                              CAMELLIA BARAY
                              Attorney for VINCENT MICHAEL RECENDEZ

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR No. 09-0689 JSW                    2

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 6, 2009 and September 10, 2009 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 6, 2009 and September 10, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between August 6, 2009 and September 10, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: August 21, 2009

_____
JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR No. 09-0689 JSW                    3